UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ROBIN ROBERTSON,<br>   *Plaintiff,*<br><br>v.<br><br>THE CBE GROUP, INC. and VERIZON WIRELESS SERVICE, LLC,<br>   *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. _____ |

## DEFENDANT THE CBE GROUP, INC'S
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant THE CBE GROUP, INC. ("CBE") and files its *Notice of Removal* as follows:

1. Plaintiff ROBIN ROBERTSON filed her state court Warrant in Debt on March 4, 2022 in the General District Court for the City of Williamsburg/James City County, Virginia located at 5201 Monticello Avenue, Suite Two, Williamsburg, VA 23188.

2. This is a civil action based on Plaintiff's contention that CBE violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

3. Removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4.    Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5.    Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant filed its Notice of Removal within 30 days of service of Plaintiff's state court pleading.

7.    Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case has been attached as **Exhibit A**.

8.    Defendant Verizon Wireless Service, LLC has consented to the removal of this matter.

9.    A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the General District Court for the City of Williamsburg/James City County, Virginia.

10.   It does not appear that Plaintiff has requested a jury trial.

WHEREFORE, Defendant THE CBE GROUP, INC. respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Respectfully submitted,

THE CBE GROUP, INC.

By Counsel

_____/s/_____
Andrew Biondi, Esq. (VSB No. 48100)
**SANDS ANDERSON PC**
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, VA 23218-1998
Phone: (804) 648-1636
Fax: (804) 783-7291
E-mail: ABiondi@sandsanderson.com
*Attorney for Defendant, The CBE Group, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March 2022, I electronically filed the foregoing using the Court's CM/ECF system, which will then send a notification of such filing ("NEF") to all counsel of record and also mailed via U.S. first class mail, postage prepaid, and emailed a copy of the foregoing to:

> John D. Konstantinou, Esq.
> Williamsburg Law Group, PLC
> 1315 Jamestown Road, Suite 101
> Williamsburg, VA 23185
> jdk@wmbglaw.org

> _____/s/_____
> Andrew Biondi, Esq. (VSB No. 48100)
> **SANDS ANDERSON PC**
> 1111 East Main Street, Suite 2400
> P.O. Box 1998
> Richmond, VA 23218-1998
> Phone: (804) 648-1636
> Fax: (804) 783-7291
> E-mail: ABiondi@sandsanderson.com
> *Attorney for Defendant, The CBE Group, Inc.*